# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>      Plaintiff,<br>v.<br>UNITED PARCEL SERVICE, INC., An Ohio Corporation; BT-OH, LLC, A Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.: 1:08CV-01612 LJO SMS<br><br>**ORDER VACATING ALL CURRENTLY SET DATES** |

Having read the parties Stipulation and Request to Vacate Currently Set Dates and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated: 2/11/2009        /s/ LAWRENCE J. O'NEILL
                        UNITED STATES DISTRICT COURT JUDGE