# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br>UNITED PARCEL SERVICE, INC., An Ohio Corporation; BT-OH, LLC, A Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 1:08CV-01612 LJO SMS<br><br>**ORDER DISMISSING CASE** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement. The Clerk of Court is directed to close this case in its entirety.

Dated: 3/20/2009　　　　　/s/ LAWRENCE J O'NEILL_____
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com